DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
07 NOVEMBER 2013

| 272P13 | Laurence Sasso, as Representative and Willing Administrator of the Estate of Josephine Sasso Tims (Deceased), and as the Representative Guardian of Cecile Sasso Lutman, Laurence Sasso and Glynn Davis, as Co-Administrators and Representatives of the Estate of Garry Wayne Lutman (Deceased) v. Statesville Flying Services, Inc., a North Carolina Corporation and the City of Statesville, North Carolina, a North Carolina Municipal Corporation | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-935) | Denied |
|---|---|---|---|
| 279P13 | John C. Russell and wife, Dawn Russell v. N.C. Department of Health and Human Services (Defendant formerly N.C. Department of Environment and Natural Resources) | Def's PDR Under N.C.G.S. § 7A-31 (COA12-801) | **Denied** |
| 281P13 | George King, d/b/a George's Towing and Recovery v. Town of Chapel Hill | 1. Plt's Motion for Temporary Stay (COA12-1262)<br><br>2. Plt's Petition for *Writ of Supersedeas*<br><br>3. Plt's NOA Based Upon a Constitutional Question<br><br>4. Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1262)<br><br>5. Def's Motion to Dismiss Appeal | 1. Allowed **06/25/2013**<br><br>2. Allowed<br><br>3. - - -<br><br>4. Allowed<br><br>5. Allowed |
| 287P13 | Brenda Hanes Redd v. Wilcohess, L.L.C., and A.T. Williams Oil Company | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-639-2) | Denied |